UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 21 U.S.C. § 963 |
| | : | (Conspiracy to Manufacture and |
| | : | Distribute Five Kilograms or More |
| | : | of Cocaine Intending and Knowing |
| | : | that the Cocaine Will Be Unlawfully |
| CARLOS MARIO JIMENEZ-NARANJA, | : | Imported into the United States) |
| a/k/a "Macaco," | : | |
| a/k/a "Javier Montañez," | : | |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | (Aiding and Abetting) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about December 17, 1997, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Indictment, in the Republic of Colombia, Mexico, and elsewhere, the defendant, **CARLOS MARIO JIMENEZ-NARANJA, a/k/a "Macaco," a/k/a "Javier Montañez,"** did knowingly and intentionally combine, conspire, confederate and agree, with others known and unknown to the Grand Jury, including with co-conspirators not indicted herein, to commit the following offense against the United States: to knowingly and intentionally manufacture and distribute five kilograms or more

Case 1:05-cr-00235-RMC    Document 1    Filed 06/16/2005    Page 2 of 3

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.

Title 21, United States Code, Sections 963, 960 (a)(3) and 960 (b)(1)(B)(ii) and Title 18, United States Code, Sections 2 and 3551 et seq.

## FORFEITURE ALLEGATION

The violation alleged in Count One is realleged and incorporated by reference herein.

As a result of the offense alleged in Count One, the defendants named in Count One shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in (1) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violation alleged in Count One of this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violation alleged in Count One of this Indictment.

If any of said forfeitable property, as a result of any act or omission of the defendant - -

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the said property.

Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

A TRUE BILL:

_____

FOREPERSON.

_____

Michael F. Walther, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005

By:   Glenn C. Alexander, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20005
(202) 305-0524