UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. _____

UNITED STATES OF AMERICA,

V.

CARLOS MARIO JIMENEZ-NARANJO,   **UNDER SEAL**
  a/k/a "Macaco," a/k/a "Javier Montanez,"

                Defendant.
_____/

## SEALED MOTION TO SEAL INDICTMENT

The United States of America, by and through the undersigned counsel, respectfully requests that this Court seal the Indictment, Warrant for Arrest, the Court's Order, and this Motion. As grounds for the motion, the United States submits the following:

1. The defendant is the subject of an ongoing law enforcement investigation into a major drug trafficking and terrorist organization in Colombia.

2. Disclosure of the Indictment and Warrant for Arrest may jeopardize the ongoing law enforcement investigation in the United States and Colombia, may endanger the safety of witnesses, and may compromise the ability of law enforcement in Colombia to locate and apprehend the defendants.

3. The United States will move to unseal the Indictment and Warrant for Arrest at the appropriate time.

WHEREFORE, the United States respectfully requests that this Court seal the

Indictment, Warrant for Arrest, the Court's Order, and this Motion in the above captioned matter.

Respectfully submitted this 16th day of June, 2005.

                    MICHAEL F. WALTHER, CHIEF
                    NARCOTIC AND DANGEROUS DRUG SECTION
                    U.S. DEPARTMENT OF JUSTICE

By: _____
     GLENN C. ALEXANDER
     Trial Attorney
     U.S. Department of Justice
     Tel: (202) 305-0524
     Fax: (202) 514-0483