UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. _____

UNITED STATES OF AMERICA,

V.

CARLOS MARIO JIMENEZ-NARANJO,         **UNDER SEAL**
  a/k/a "Macaco," a/k/a "Javier Montanez,"

Defendant.
_____/

**ORDER TO SEAL INDICTMENT**

This cause comes before the Court on the Government's Motion to Seal Indictment. Considering the grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the Indictment, Warrant for Arrest, this Order, and the accompanying Motion to Seal, in the above-captioned matter be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the clerk of Court until the conclusion of the case or until ordered unsealed by the Court.

**DONE AND ORDERED** in Washington, D.C. this 16th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE