UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 05-235(RMC) |
| | : | |
| V. | : | |
| | : | |
| CARLOS MARIO JIMENEZ-NARANJA, | : | |
| a/k/a "Macaco," a/k/a "Javier Montanez," | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT
## AND ARREST WARRANT

The United States, through the undersigned attorney, respectfully moves the Court for an order directing that the Indictment and arrest warrant in the above-captioned case be unsealed, for the reasons stated below.

1. A Grand Jury in the District of Colombia returned an indictment on September 16, 2005, charging the defendant with being members of a conspiracy to manufacture and distribute five kilograms or more of cocaine knowing and intending that the cocaine will be imported into the United States. The Indictment also contains a forfeiture allegation.

2. The United States originally requested that the matter remain under seal in order to safeguard witnesses, and to prevent jeopardizing an ongoing investigation.

3. The United States is satisfied at this point that the safety of witnesses will not imperiled by unsealing the indictment and arrest warrant. Furthermore, the United States asserts that there are no investigative considerations that justify the continued sealing of the indictment and arrest warrants.

**WHEREFORE**, for the foregoing reasons, the United States respectfully moves to

unseal the indictment and arrest warrants in the above-captioned case.

        Respectfully submitted,

        KENNETH A. BLANCO, CHIEF
        NARCOTIC AND DANGEROUS DRUG SECTION

BY: /s/_____
     Glenn C. Alexander
     Trial Attorney
     Narcotic and Dangerous Drug Section
     Criminal Division
     U.S. Department of Justice
     Washington, D.C.
     (o)(202) 305-0524
     (fax)(202) 305-9825