## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-235(RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **CARLOS MARIO JIMENEZ-NARANJA,** | : | |
| **a/k/a "Macaco,"** | : | |
| **a/k/a "Javier Montañez,"** | : | |
| **Defendant.** | : | |

### ORDER

Upon motion of the United States to unseal the Indictment and arrest warrant in the

above-captioned matter, and for good cause shown, it is hereby

**ORDERED** that the Indictment and arrest warrant in the above-captioned matter are

hereby unsealed at the request of the United States until further order of the Court.


_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DATED: _____