UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-235(RMC) |
| | : | |
| v. | : | |
| | : | |
| | : | **FILED** |
| | : | |
| CARLOS MARIO JIMENEZ-NARANJA, | : | AUG 2 9 2007 |
| a/k/a "Macaco," | : | |
| a/k/a "Javier Montañez," | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

## ORDER

Upon motion of the United States to unseal the Indictment and arrest warrant in the above-captioned matter, and for good cause shown, it is hereby

**ORDERED** that the Indictment and arrest warrant in the above-captioned matter are hereby unsealed at the request of the United States until further order of the Court.

*/s/ Rosemary M. Collyer*
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DATED: 29 August 2007