# WARRANT FOR ARREST

29346-on    CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO:** 05-235-01-RMC  **MAGIS. NO:** |
| **V.**  CARLOS MARIO JIMENEZ-NARANJO  a/k/a "Macaco"  DOB:        PDID: | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**  Carlos Mario Jimenez-Naranjo  a/k/a Macaco  a/ka/ Javier Montanez  **FILED**  MAY 0 7 2008  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

ENGAGING IN CONDUCT VIOLATING 21 U.S.C 841(a), KNOWING OR INTENDING TO PROVIDE ANYTHING OF PECUNIARY VALUE TO ANY PERSON OR ORGANIZATION THAT HAS ENGAGED or ENGAGES IN TERRORISM OR TERRORIST ACTIVITY.

ASSET FORFEITURE

Counts 1 & 2 and Asset Forfeiture

| UNITED STATES CODE TITLE & SECTION: | |
|---|---|
| **IN VIOLATION OF:** | 21:963, 959 and 960; 18:2; 21:960a; 21:853 |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| HWOB | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE FACCIOLA | U.S. MAGISTRATE JOHN M. FACCIOLA | September 25, 2007 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/25/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5/7/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

1389059