UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS MARIO JIMENEZ,

        Defendant.
_____/

### MOTION TO APPEAR PRO HAC VICE PURSUANT TO LOCAL RULE 83.2(d)

Attorney Richard J. Diaz files his Motion to Appear Pro Hac Vice in the instant case pursuant to Local Rule 83.2(d) and states:

1. My name is Richard J. Diaz, of Richard J. Diaz, P.A, located at 3127 Ponce de Leon Blvd., Coral Gables, FL 33134, telephone (305)-444-7181.

2. I am an attorney in good standing in the United States District Court for the Southern District of Florida. See, Exhibit A attached. I am also currently admitted to practice in the District Court for the Southern District of Texas, Northern District of Georgia and the United States Supreme Court. I have also been admitted to practice in the following districts: New York, New Jersey, Mississippi, South Carolina, Kansas, Tennessee, Virginia, Maryland, Middle and Northern Districts of Florida and California.

3. I have not been the subject of any disciplinary action in any Bar.

4. Within the last two years, I have not been admitted to practice in this Court.

5. I do solemnly swear that as an attorney and counselor of this Court, the above is true and correct and that if admitted, I will conduct myself in accordance with the law.

Dated this 7th day of May, 2008

_____
Richard J. Diaz, Esq.

STATE OF Florida

COUNTY OF Dade )

The foregoing instrument was acknowledged before me this 7th day of May, 2008, by Richard Diaz, who personally appeared before me at the time of notarization, and who is personally known to me or who has produced _____ as identification and who _____ did/did not take an oath.

NOTARY PUBLIC:
sign _____
print Elizabeth Zaharas

My Commission Expires:

ELIZABETH ZAHARAS
MY COMMISSION # DD 640675
EXPIRES: February 20, 2011
Bonded Thru Notary Public Underwriters

## STATEMENT OF SPONSOR

I, NEIL M. SCHUSTER, being a member of the Bar for the United States District Court District of Columbia, and not related to the applicant, state that the applicant is personally known to me, that the applicant possesses all of the qualifications required for admission to the Bar for the District of Columbia, and that I have examined his personal statement above and believe it to be correct, and I affirm that the applicant's moral and professional character and standing are good.

_____
Sponsor signature

_____
Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 7th day of May, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

                                                RICHARD J. DIAZ, ESQ.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS MARIO JIMENEZ,

        Defendant.

_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before the Court upon the application of RICHARD J. DIAZ, counsel for CARLOS MARIO JIMENEZ, for permission to appear and participate pro hac vice in the above styled case. Being fully advised, the Court

ORDERS AND ADJUDGES, and DECREES that said motion be and the same is hereby GRANTED.

DONE AND ORDERED in Chambers at the United States District Courthouse, Washington, D.C. this ____ day of _____, 2008.

                                            _____
                                                  U.S. Magistrate Judge

cc: Richard J. Diaz, Esq.
     Glenn Alexander, AUSA

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 767697**

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Richard John Diaz*   was duly admitted to practice

in said Court on **09/19/1989**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this May 7, 2008.

**STEVEN M. LARIMORE**
Court Administrator • Clerk of Court

By _____
Deputy Clerk