UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS MARIO JIMENEZ
        Defendant.
_____/

## NOTICE OF APPEARANCE PRO HAC VICE

NOTICE IS HEREBY GIVEN that Attorney, Richard J. Diaz hereby enters his Notice of Appearance Pro Hac Vice on behalf of the Defendant, CARLOS MARIO JIMENEZ.

        s/ Richard J. Diaz
        _____
        Richard J. Diaz
        F.B.N. 0767697
        3127 Ponce de León Blvd.
        Coral Gables, FL  33134
        Telephone: (305) 444-7181
        Facsimile: (305) 444-8178
        e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 13th day of May, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

        s/ Richard J. Diaz

        _____
        RICHARD J. DIAZ, ESQ.