CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 05-235(RMC) |
| | ) | |
| | ) | Category B |
| CARLOS MARIO JIMENEZ-NARANJA | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on May 20, 2008 from The Calendar Committee to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk