UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ,

        Defendant.
_____/

## ATTORNEY RICHARD J. DIAZ' NOTICE OF COMPLIANCE WITH MAY 22, 2008 COURT ORDER

Pursuant to this Court's order entered on May 22, 2008 directing Attorney Richard J. Diaz ("Mr. Diaz") to notify this Court as to how many times he has appeared before the United States District Court for the District of Columbia since May 1, 2006, Mr. Diaz states:

Mr. Diaz appeared in this district before the Honorable Judge Rosemary Collyer in a sealed matter in the case styled as *United States v. Willy Norman Shafer Medrano*, on the following dates: August 7, 2008 for a Status Conference; October 17, 2007 for a Status Conference; and on March 20, 2008 for the Sentencing.

Mr. Diaz has also appeared in this district before the Honorable Magistrate Judge Alan Kay in the case styled as *United States v. Salvatore Mancuso-Gomez*, (case No. 02-00388-2) on May 15, 2008 for an initial appearance and on May 21, 2008 for a detention hearing. This matter will now continue before the Honorable Judge Huvelle.

WHEREFORE, Attorney Richard Diaz has complied with the Court's May 22, 2008 order.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 27TH day of May, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.