UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ,

        Defendant.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

For this Motion, the Defendant CARLOS MARIO JIMENEZ, ("Mr. Jimenez") states:

1. Mr. Jimenez is a Colombian national who has been recently extradited to this district and has several charges against him.

2. While the deadline to file pretrial motions in this case was never set by order, at the last status conference, defense counsel asserted that the motions they would be filing in this case fell into two categories: a "short order" category (in which motions could be filed within a couple of weeks) and the "more complex motions" which would take about a month.

3. However, more time is needed to investigate, research, prepare and file all of the pretrial motions.

4. Indeed, undersigned counsel has several motions that he has been working on but needs additional time to complete.

5. The defense has not received discovery as of yet.

6. Undersigned counsel has contacted AUSA Glenn Alexander who does not oppose the granting of this motion.

7. This motion is made in good faith and not for the purpose of delay.

8. We respectfully seek until July 2, 2008 to file all pretrial motions, save any motion that directly relates to discovery since, until such time as we receive and review same, cannot know if any discovery related motion need be filed.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 18th day of June, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.