UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

## DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

For this Motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO, ("Mr. Jimenez-Naranjo") states:

1. The current deadline to file pretrial motions in this case is July 2, 2008.

2. The defense has been working on several pretrial motions, although near completion undersigned counsel requires additional time to finalize same.

3. We respectfully seek until July 8, 2008 to file the pretrial motions, save any motion that directly relates to discovery since, until such time as we receive and review same, cannot know if any discovery related motion needs to be filed.

4. Undersigned counsel has contacted AUSA Glenn Alexander who does not oppose the granting of this motion.

5. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this \_\_\_ day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____

RICHARD J. DIAZ, ESQ.