UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

## JOINT MOTION TO ADJOURN AND RESCHEDULE JULY 17, 2008 STATUS COFNERENCE

The UNITED STATES OF AMERICA (hereinafter the "government") by and through Assistant United States Attorney, Glenn Alexander, and the Defendant, CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo"), by and through his counsel, Richard J. Diaz and Donna R. Newman, hereby jointly move the court for an order adjourning and rescheduling the July 17, 2008 status conference and in support thereof state as follows:

1. With regards to Mr. Jimenez-Naranjo, defense counsel, Richard J. Diaz is scheduled to be out of the country on vacation returning on July 18, 2008.

2. With regards to the government, it has yet to receive discovery from various entities located in Colombia, South America which formulates the majority of the government's Rule 16 evidence in this case. Accordingly, only once the government has received that evidence, will it be in a position to answer any questions for the Court regarding same and/or target a realistic trial date.

3.  For the foregoing reasons, the parties respectfully ask the Court adjourn the status conference and request that it be reset towards the end of August, 2008.

WHEREFORE, the parties jointly request this Court grant the relief requested herein.

Dated this 8th day of July, 2008.

                                              Respectfully submitted,

                                              s/ Richard Diaz
                                              _____
Richard J. Diaz
Counsel for Carlos Mario Jimenez-Naranjo
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com

s/ Donna R. Newman

_____
Donna R. Newman
Counsel for Carlos Mario Jimenez-Naranjo
BUTTERMORE NEWMAN DELANNEY
& FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com


s/ Glen Alexander

_____
Glen Alexander
Assistant United States Attorney
U.S. Department of Justice,
1400 New York Avenue, NW, room 8306,
Washington, D.C. 22305
(202) 305-0524
Email: Glen.Alexander@usdoj.gov