UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

## DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S INDEX OF PRETRIAL MOTIONS[1]

1. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR BILL OF PARTICULARS (PRETRIAL MOTION NO. 1)

2. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR SPECIFIC GIGLIO/NAPUE MATERIAL AND FOR A COURT ORDER THAT SUCH MATERIAL BE PRODUCED IMMEDIATELY (PRETRIAL MOTION NO. 2)

3. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR SPECIFIC *BRADY* MATERIAL AND MEMORANDUM OF LAW (PRETRIAL MOTION NO. 3)

4. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF RULE 404(b) EVIDENCE (PRETRIAL MOTION NO. 4)

---

[1] The Defendant, Carlos Mario Jimenez-Naranjo, does not object to the government exceeding the time to file a response to the pretrial motions to twenty (20) days as to pretrial motions 1-6, thirty (30) days as to pretrial motions 7-9 and forty (40) days as to pretrial motions 10-13.

5. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF EXPERT WITNESS TESTIMONY (PRETRIAL MOTION NO. 5)

6. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR RULE 16 DISCOVERY[2], FOR ADDITIONAL SPECIFIC DISCOVERY AND FOR A CUT-OFF DATE FOR THE PROVISION OF ALL SUCH DISCOVERY (PRETRIAL MOTION NO. 6)

7. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ACCESS TO GOVERNMENT WITNESSES WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 7)

8. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ORDER DIRECTING GOVERNMENT TO IDENTIFY LAY OPINION TESTIMONY (UNDER FEDERAL RULE OF EVIDENCE 701) WELL IN ADVANCE TRIAL (PRETRIAL MOTION NO. 8)

9. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ORDER TO PRODUCE IMPEACHING/ADVERSE INFORMATION REGARDING LAW ENFORCEMENT WITNESSES (PRETRIAL MOTION NO. 9)

10. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR WRITTEN JURY QUESTIONNAIRE WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 10)

11. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION TO PERMIT JURY TRIAL CONSULTANT TO SIT AT DEFENSE COUNSEL'S TABLE DURING JURY SELECTION (PRETRIAL MOTION NO. 11)

12. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION TO STRIKE ALIASES (PRETRIAL MOTION NO. 12)

13. DEFENDANT, CARLOS MARIO JIMENEZ MOTION FOR COURT ORDER LIMITING CARLOS MARIO JIMEMENEZ' POTENTIAL SENTENCE TO EIGHT YEARS OF IMPRISONMENT (PRETRIAL MOTION NO. 13)

Respectfully submitted,

s/ Richard Diaz

_____

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com


s/ Donna R. Newman

_____

Donna R. Newman
BUTTERMORE NEWMAN
DELANNEY & FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8TH day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.


s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.