UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

**DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF RULE 404(b) EVIDENCE (PRETRIAL MOTION NO. 4)**

For this motion, the Defendant, CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo") states:

**BACKGROUND**

1. Mr. Jimenez-Naranjo is charged in a two-count indictment alleging conspiracy to import cocaine into the United States in violation of Title 21 U.S.C. § 963 and with conspiracy to give something of pecuniary value to any person who, or organization that, has engaged or engages in terrorist activity or terrorism while engaging in drug trafficking, in violation of Title 21 U.S.C. § 960a.

2. The defense anticipates that at trial, the government will seek to introduce a significant amount of evidence pursuant to Rule 404(b) of the Federal Rules of Evidence.

3. The defense will challenge such evidence and therefore asks the Court to set a date certain by which the government must produce all of its Rule 404(b) evidence to the defense.

## MEMORANDUM OF LAW

Rule 404(b) of the Federal Rules of Criminal Procedure governs the admissibility of evidence of other "crimes, wrongs or acts." It is not admissible to prove the character of a person in order to show action and conformity therewith. Rather, it is admissible to prove "motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident." To be admissible for *these* purposes, the government "shall provide reasonable notice in advance for trial…".

## ARGUMENT/ANALYSIS/RELIEF REQUESTED

This case was indicted several years ago. Thus, the government has had several years to prepare its case-in-chief. The anticipated Rule 404(b) evidence in this case can easily overshadow the evidence of the government's case-in-chief evidence. In order for defense counsel to be adequately prepared at trial, to avoid prejudice and surprise, the defense respectfully requests that the Court impose a deadline whereby all 404(b) evidence must be disclosed to the defense. We respectfully request that the cut-off date be set 60 days before the first day of trial.

## CONCLUSION

For the foregoing reasons, the motion should be granted.

Respectfully submitted,

s/ Richard J. Diaz

_____

Richard J. Diaz, Esquire
F.B.N. 0767697
Attorney for Carlos Mario Jimenez
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com

s/ Donna R. Newman

_____

Donna R. Newman
BUTTERMORE NEWMAN DELANNEY
& FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8th day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.

Case 1:05-cr-00235-RMC    Document 22    Filed 07/08/2008    Page 4 of 4