UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

**DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF EXPERT WITNESS TESTIMONY (PRETRIAL MOTION NO. 5)**

For this motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo") states:

### BACKGROUND

1. Mr. Jimenez-Naranjo is charged in a two-count indictment alleging conspiracy to import cocaine into the United States in violation of Title 21 U.S.C. § 963 and with conspiracy to give something of pecuniary value to any person who, or organization that, has engaged or engages in terrorist activity or terrorism while engaging in drug trafficking, in violation of Title 21 U.S.C. § 960a.

2. The defense anticipates that the government will seek to introduce expert witness testimony in the trial of this matter.

3. Mr. Jimenez-Naranjo hereby demands and moves for an order requiring the Government to disclose any written summary of any testimony that the government intends to use

under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

4. The Court should also impose a cut-off date for such disclosure of sixty (60) days before the first day of trial.

## MEMORANDUM OF LAW

Rule 16(a)(1)(G) requires the government, at the defendant's request, to provide ay anticipated expert witness testimony in its case in chief at trial including a written summary describing "the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications".

## ANALYSIS/ARGUMENT

In order to avoid any delay or surprises at trial, the defense requests that the court impose a cut off date for the government to provide any expert witness disclosure in this case. We respectfully request that the cut off date be set sixty days before the first day of trial.

## CONCLUSION

For the foregoing reasons, the motion should be granted.

Respectfully submitted,

s/ Richard J. Diaz
_____
Richard J. Diaz, Esquire
F.B.N. 0767697
Attorney for Carlos Mario Jimenez
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com

        s/ Donna R. Newman

        _____
        Donna R. Newman
        BUTTERMORE NEWMAN DELANNEY
        & FOLTZ, LLP
        111 Broadway
        Suite 1805
        New York, NY 10006
        (212) 229-1516
        Fax: (212) 676-7497
        Email: donnanewmanlaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8th day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

        s/Richard J. Diaz

        _____
        RICHARD J. DIAZ, ESQ.