UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

## DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ACCESS TO GOVERNMENT WITNESSES WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 7)

For this motion, the Defendant, CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo") states:

### BACKGROUND

1. Mr. Jimenez-Naranjo is charged in a two-count indictment alleging conspiracy to import cocaine into the United States in violation of Title 21 U.S.C. § 963 and with conspiracy to give something of pecuniary value to any person who, or organization that has, engaged or engages in terrorist activity or terrorism while engaging in drug trafficking, in violation of Title 21 U.S.C. § 960a.

2. The defense anticipates that the government will present the testimony of several witnesses at trial.

3. The defense seeks an order compelling the government to make all of its witnesses available for an interview, pretrial. The defense specifically requests that the Court order the government to instruct *all of its witnesses* that the defense would like to interview

each witness before trial and advise each witness that "it has a right to consent to such interview or decline such interview."

## MEMORANDUM OF LAW

A defendant is normally entitled access to prospective witnesses. *In re: J.W. 763 A.2d 1129 (D.C. 2000)*. However, the government has no duty, absent a court order, to present its witnesses for interviews; the government's duty is simply not to deny access. *Id*. If a defendant wishes to speak with a government witness prior to trial, he is free to do so provided the government witness agrees to the meeting. Any statements the witness makes which are inconsistent with those made at trial may properly be used for purposes of impeachment.

## ARGUMENT/ANALYSIS

While no defendant is entitled to a perfect trial, every defendant is entitled to a fair trial. This guarantee is found within the sixth amendment of the United States Construction, which further guarantees every defendant a right of confrontation. This amendment further guarantees every defendant a right to effective assistance of counsel[1]. In order to promote these interests it is necessary for the defense to know, in advance of trial, who the witnesses are and what they will say. While there is no, per say, federal pretrial discovery rule, the law does permit the defense to interview potential government witnesses pretrial.

Technically, if the government does not tell any of its witnesses that they may or may not submit to an interview by defense, pretrial, there is no violation of law. But, this of course disadvantages the defendant and infringes on valuable sixth amendment rights.

For all of these reasons, we ask that the Court specifically order the government to alert each and every defense witness, including its law enforcement witness, of the defense's request to interview every witness pretrial. The order should require the government to be very particular

---

[1] Strickland v. Washington 466 U.S. 668 (1984)

about what and how it says to each witness regarding this request. The government should then provide the defense with a list of the witnesses who it intends to call at trial and identify which witness(es) is (or are) willing to be interviewed before trial. We ask that this disclosure be made to the defense at least 60 days before the first day of trial. The disclosure should also provide any contact information to logistically accomplish communication between defense counsel and any witness so willing to be interviewed before the trial.

## **CONCLUSION**

For the foregoing reasons, the motion should be granted.

Respectfully submitted,

s/ Richard Diaz
_____
Richard J. Diaz, Esquire
F.B.N. 0767697
Attorney for Carlos Mario Jimenez
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com


s/ Donna R. Newman
_____
Donna R. Newman
BUTTERMORE NEWMAN DELANNEY
& FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8yh day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

                                     s/Richard J. Diaz

                                       _____

                                     RICHARD J. DIAZ, ESQ.