UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

## DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR WRITTEN JURY QUESTIONNAIRE WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 10)

For this motion, the Defendant, CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo") states:

### BACKGROUND

1. Mr. Jimenez-Naranjo is charged in a two-count indictment alleging conspiracy to import cocaine into the United States in violation of Title 21 U.S.C. § 963 and with conspiracy to give something of pecuniary value to any person who, or organization that, has engaged or engages in terrorist activity or terrorism while engaging in drug trafficking, in violation of Title 21 U.S.C. § 960a.

2. This is not an average drug conspiracy case. This is a very complex drug conspiracy indictment with overtones of terrorism, spanning over a charged period of a decade.

3. The prosecution is against a Colombian national whose conduct occurred while he was a paramilitary commander of the Colombian self-defense forces, commonly called by the

Spanish acronym "AUC," which stands for "AUTODEFENSAS UNIDAS DE COLOMBIA."[1]

4. In order to sit a fair and impartial jury, it will be necessary that thorough questioning of potential jurors take place.

5. In order to accomplish this in the most efficient manner, a written jury questionnaire well in advance of trial should be permitted. The names of the jurors could be omitted and the jurors identified by number, such that the jurors' names would remain anonymous until jury selection time.

6. Having a detailed questionnaire available to the parties well in advance of trial allows for a more informed decision to be made with regards to the selection/exclusion of potential jurors. It also allows the parties to discuss stipulations with regards to excusals of certain jurors based on hardships without the need of court intervention or decision thereon.

7. The defense attaches as Exhibit A, a thorough jury questionnaire that was approved by the Honorable United States District Court Judge Patricia Seitz in the famed case styled as <u>United States of America v. Salvador ("Sal") Magluta and Augusto Guillermo "Willie" Falcon</u> (99-583-CR-SEITZ/BANDSTRA (S)(S)(S)(S)(S)(S)).

## **MEMORANDUM OF LAW**

Every defendant has a right to a fair trial and effective assistance of counsel at trial. These guarantees are incorporated under the Sixth Amendment of the United States Constitution.

---

[1] The AUC was an organization conformed to combat the long standing left wing communist guerillas in Colombia because for decades, neither the Colombian police nor the armed forces could provide safety for the people in Colombia, particularly in rural areas of Colombia.

**ARGUMENT/ANALYSIS**

One of the most important aspects of a jury trial is the jury selection process. The purpose of jury selection is to try and compose a fair and impartial jury. It is always difficult to accomplish this when the advocates are meeting the prospective jurors for the first time only minutes before garden variety questions are asked of them, even if the court permits the advocates to conduct part of the voir dire. The only way to make full and informed decisions in the jury selection process is to have as much information as possible about each potential juror. One way to do this is to allow extensive voir dire, but even then, this is extremely time consuming, a tremendous burden on judicial resources and court room staff, not to mention boring for the juror who are not being questioned, particularly.

The viable alternative to a somewhat meaningless voir dire or lengthy voir dire during trial is a jury questionnaire. Under this procedure both the government and the defense compose a list of jointly agreed upon questions for court approval, then, each party submits proposed, but not agreed upon questions for the court to decide, if any of those questions are appropriate to be incorporated into the questionnaire. The questionnaire is then presented to the clerk's office for direct mailing to all members of the prospective jury pool. Each potential juror fills out the questionnaire and returns it to the clerk's office, which then makes two copies for manual pick up by a member of both parties. Then, the government and the defense can leisurely study the questionnaires and communicate with each other which jurors can and should be excused for cause and ultimate court approval for excusal. This saves the Court and such potential juror a tremendous amount of time. The parties can be instructed not to conduct any investigation of any potential juror and of course each jurors name would appear as a number thus providing further

protection to the identity of each potential juror and making it difficult for anybody to conduct such investigation. This procedure extremely streamlines the jury selection process.

## **CONCLUSION**

For the foregoing reasons, the motion should be granted.

                                                Respectfully submitted,

                                                s/ Richard Diaz
                                                _____
                                                Richard J. Diaz, Esquire
                                                F.B.N. 0767697
                                                Attorney for Carlos Mario Jimenez
                                                3127 Ponce de Leon Blvd.
                                                Coral Gables, FL  33134
                                                Telephone: (305) 444-7181
                                                Facsimile: (305) 444-8178
                                                E-mail: rick@rjdpa.com

                                                s/ Donna R. Newman
                                                _____
                                                Donna R. Newman
                                                BUTTERMORE NEWMAN DELANNEY
                                                & FOLTZ, LLP
                                                111 Broadway
                                                Suite 1805
                                                New York, NY 10006
                                                (212) 229-1516
                                                Fax: (212) 676-7497
                                                Email: donnanewmanlaw@aol.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8TH day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

                                                            s/Richard J. Diaz

                                                            _____

                                                            RICHARD J. DIAZ, ESQ.