UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

    Defendant.
_____/

## DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION TO STRIKE ALIASES (PRETRIAL MOTION NO. 12)

For this motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO ("Mr. Jimenez-Naranjo") states:

### BACKGROUND

1. Mr. Jimenez-Naranjo is charged in a two-count indictment alleging conspiracy to import cocaine into the United States in violation of Title 21 U.S.C. § 963 and with conspiracy to give something of pecuniary value for any person who, or organization that has, engaged or engages in terrorist activity or terrorism while engaging in drug trafficking, in violation of Title 21 U.S.C. § 960a.

2. The indictment bears two aliases for Mr. Jimenez-Naranjo – "Macaco" and "Javier Montanez."

3. The defense seeks to have these aliases from the caption on the indictment before reaching the jury.

## MEMORANDUM OF LAW

Rule 7(f) of the Federal Rules of Criminal Procedure allow the court to strike certain terms from the indictment as surplusage, the aliases of Macaco and Javier Montanes should be forefended before the indictment is given to the jury. See also, U.*S. v. Palfrey* 499 F.Supp 2d 34 (D.C. Cir. 2007). See also, *U.S. v. Grayson*, 166 F.2d 867 (2nd Cir. 1948); *U.S. v. Solowitz*, 99 F.2d 714, 715 (7th Cir. 1938) and generally, 87 A.L.R. 2d 1217-1218.

## ARGUMENT/ANALYSIS

Mr. Jimenez-Naranjo is entitled to a fair trial. It is unfair to call him by any alias or nickname. Juries generally associate nicknames or aliases with criminal conduct or criminality, unless, it is a common nickname "Rick" for Richard, "Bill" for William, of "Sandy" for Sanford. Unless, the government credibly asserts that these aliases are necessary to identify Mr. Jimenez-Naranjo at trial, the motion should be granted.[1]

## CONCLUSION

For the forgoing reasons, the motion should be granted.

Respectfully submitted,

s/ Richard J. Diaz

_____
Richard J. Diaz, Esquire
F.B.N. 0767697
Attorney for Carlos Mario Jimenez
3127 Ponce de Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181

---

[1] *U.S. v. Brody*, 326 F.Supp 2nd 83 (D.C. 2004)

Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com

s/ Donna R. Newman

_____

Donna R. Newman
BUTTERMORE NEWMAN DELANNEY
& FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8TH day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.