UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

### DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE TWO ADDITIONAL PRETRIAL MOTIONS

For this Motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO, ("Mr. Jimenez-Naranjo") states:

1. The current deadline to file pretrial motions in this case is July 8, 2008.

2. The defense has indeed filed thirteen (13) pretrial motions together with an index.

3. However, the defense intends to file two more motions. Specifically, a motion to dismiss Count II of the indictment pursuant to void for vagueness and a motion limiting Mr. Jimenez-Naranjo's potential sentence to eight years.

4. These two motions require some additional time to research and some documents from Colombia in order to complete

5. We respectfully seek an additional twenty (20) days to file the referenced pretrial motions.

6. Undersigned counsel has not been able to obtain AUSA Glenn Alexander's position regarding the granting of this motion.

7. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard J. Diaz

_____
Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
e-mail: rick@rjdpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8th day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.