UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CARLOS MARIO JIMENEZ-NARANJO,

      Defendant.

_____/

## DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S NOTICE OF FILING CORRECTED INDEX OF PRETRIAL MOTIONS[1]

1. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR BILL OF PARTICULARS (PRETRIAL MOTION NO. 1)

2. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR SPECIFIC GIGLIO/NAPUE MATERIAL AND FOR A COURT ORDER THAT SUCH MATERIAL BE PRODUCED IMMEDIATELY (PRETRIAL MOTION NO. 2)

3. DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR SPECIFIC *BRADY* MATERIAL AND MEMORANDUM OF LAW (PRETRIAL MOTION NO. 3)

4. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF RULE 404(b) EVIDENCE (PRETRIAL MOTION NO. 4)

---

[1] The Defendant, Carlos Mario Jimenez-Naranjo, does not object to the government exceeding the time to file a response to the pretrial motions to twenty (20) days as to pretrial motions 1-6, thirty (30) days as to pretrial motions 7-9 and forty (40) days as to pretrial motions 10-13.

5.  DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION/DEMAND FOR DISCLOSURE OF EXPERT WITNESS TESTIMONY (PRETRIAL MOTION NO. 5)

6.  DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR RULE 16 DISCOVERY[2], FOR ADDITIONAL SPECIFIC DISCOVERY AND FOR A CUT-OFF DATE FOR THE PROVISION OF ALL SUCH DISCOVERY (PRETRIAL MOTION NO. 6)

7.  DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ACCESS TO GOVERNMENT WITNESSES WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 7)

8.  DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ORDER DIRECTING GOVERNMENT TO IDENTIFY LAY OPINION TESTIMONY (UNDER FEDERAL RULE OF EVIDENCE 701) WELL IN ADVANCE TRIAL (PRETRIAL MOTION NO. 8)

9.  DEFENDANT, CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR ORDER TO PRODUCE IMPEACHING/ADVERSE INFORMATION REGARDING LAW ENFORCEMENT WITNESSES (PRETRIAL MOTION NO. 9)

10. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR WRITTEN JURY QUESTIONNAIRE WELL IN ADVANCE OF TRIAL (PRETRIAL MOTION NO. 10)

11. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION TO PERMIT JURY TRIAL CONSULTANT TO SIT AT DEFENSE COUNSEL'S TABLE DURING JURY SELECTION(PRETRIAL MOTION NO. 11)

12. DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION TO STRIKE ALIASES (PRETRIAL MOTION NO. 12)

Respectfully submitted,


s/ Richard Diaz

_____
Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com


s/ Donna R. Newman

_____
Donna R. Newman
BUTTERMORE NEWMAN
DELANNEY & FOLTZ, LLP
111 Broadway
Suite 1805
New York, NY 10006
(212) 229-1516
Fax: (212) 676-7497
Email: donnanewmanlaw@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 8TH day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.


s/Richard J. Diaz

_____
RICHARD J. DIAZ, ESQ.