UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

**DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR LEAVE TO FILE DEFENDANT'S PRETRIAL MOTION NO. 11 OUT OF TIME**

For this Motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO, ("Mr. Jimenez-Naranjo") states:

1. On July 8, 2008, Defendant filed eleven pretrial motions reflected in Docket Entries 19-29, together with a Corrected Notice of Filing Index of Pretrial Motions D.E. 31.

2. In filing the various pretrial motions, undersigned counsel's assistant inadvertently omitted filing pretrial motion number 11, namely, Defendant's Motion to Permit Jury Trial Consultant to Sit at Defense Counsel's Table During Jury Selection as reflected in the Court's minute order of July 21, 2008.

3. As stated, this motion was not filed due to the error of undersigned counsel's assistant.

4. It is respectfully requested that this Court allow the defense to file Defendant's pretrial motion No. 11, (attached hereto as Exhibit A), out of time and if granted, enter an order deeming it filed as of the entry of the order.

5. This motion is made in good faith.

6.  Undersigned counsel attempted to contact AUSA Glenn Alexander to obtain his position on this motion, but Mr. Alexander is out of the office until August 1, 2008.

7.  WHEREFORE, Defendant prays this Court grant the relief requested herein.

          Respectfully submitted,

          s/ Richard J. Diaz

          _____

          Richard J. Diaz
          F.B.N. 0767697
          3127 Ponce de León Blvd.
          Coral Gables, FL  33134
          Telephone: (305) 444-7181
          Facsimile: (305) 444-8178
          e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 28th day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

          s/Richard J. Diaz

          _____
          RICHARD J. DIAZ, ESQ.