UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S PRETRIAL MOTION NO. 11 OUT OF TIME

THIS CAUSE, came before this Court upon Defendant CARLOS MARIO JIMENEZ-NARANJO'S Motion for Leave to file Defendant's Pretrial Motion NO. 11 Out of time, and this Court having read the motion and being fully advised on the premises, it is hereby

**ORDERED AND ADJUDGED**.

1. Defendant, Carlos Mario Jimenez-Naranjo's Motion to File Pretrial Motion No. 11 Out of Time is GRANTED.

2. Defendant's Motion to Permit Jury Trial Consultant to Sit at Defense Counsel's Table During Jury Selection is deemed filed.

3. _____.

**DONE AND ORDERED** in Chambers in the District of Columbia, this _____ day of July, 2008.

                                                           _____
                                                           U.S. District Court Judge

cc: Counsel of record