UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

**<u>DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR SECOND ADDITIONAL EXTENSION OF TIME TO FILE TWO ADDITIONAL PRETRIAL MOTIONS</u>**

For this Motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO, ("Mr. Jimenez-Naranjo") states:

1. The current deadline to file the two remaining pretrial motions[1] in this case is July 28, 2008.

2. However, on or about July 14, 2008 while on vacation with his family, a heavy door hatch shut on undersigned counsel's big toe which caused serious injury to the toe. Specifically, there were multiple fractures to the toe and the big toenail had to be removed.

3. As a result of this injury, undersigned counsel was prescribed antibiotics and Percocet for the pain which is commonly known to cause drowsiness. Accordingly, undersigned counsel was not able to work full days and dedicate the time needed to complete the two remaining motions.

---

[1] Defendant's Motion to Dismiss Count II pursuant to void for vagueness, and Defendant's Motion to Limit Potential Sentence to Eight Years.

4. We respectfully seek an additional twenty (20) days to file the referenced pretrial motions.

5. Undersigned counsel has not been able to obtain AUSA Glenn Alexander's position regarding the granting of this motion because he is out of the office until August 1, 2008.

6. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

                        Respectfully submitted,

                        s/ Richard J. Diaz

                        _____
                        Richard J. Diaz
                        F.B.N. 0767697
                        3127 Ponce de León Blvd.
                        Coral Gables, FL 33134
                        Telephone: (305) 444-7181
                        Facsimile: (305) 444-8178
                        e-mail: rick@rjdpa.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 28th day of July, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

                        s/Richard J. Diaz

                        _____
                        RICHARD J. DIAZ, ESQ.