UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

CARLOS MARIO JIMENEZ-NARANJO,

        Defendant.
_____/

## DEFENDANT CARLOS MARIO JIMENEZ-NARANJO'S MOTION FOR THIRD ADDITIONAL EXTENSION OF TIME TO FILE TWO ADDITIONAL PRETRIAL MOTIONS

For this Motion, the Defendant CARLOS MARIO JIMENEZ-NARANJO, ("Mr. Jimenez-Naranjo") states:

1. The current deadline to file the two remaining pretrial motions[1] in this case is August 18, 2008.

2. Undersigned counsel and his co-counsel have been diligently working on the two remaining motions, but require an additional thirty (30) days to complete the filing of same.

3. We respectfully seek an additional thirty (30) days to file the referenced pretrial motions.

4. Undersigned counsel has not been able to obtain AUSA Glenn Alexander's position regarding the granting of this motion.

5. This motion is made in good faith and not for the purpose of delay.

---

[1] Defendant's Motion to Dismiss Count II pursuant to void for vagueness, and Defendant's Motion to Limit Potential Sentence to Eight Years.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

                Respectfully submitted,

                s/ Richard J. Diaz

                _____

                Richard J. Diaz
                F.B.N. 0767697
                3127 Ponce de León Blvd.
                Coral Gables, FL  33134
                Telephone: (305) 444-7181
                Facsimile: (305) 444-8178
                e-mail: rick@rjdpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was sent via mail this 18th day of August, 2008 to: AUSA, Glenn Alexander, U.S. Department of Justice, 1400 New York Avenue, NW, room 8306, Washington, D.C. 22305.

                s/Richard J. Diaz

                _____
                RICHARD J. DIAZ, ESQ.