UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 05-CR-00235

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS MARIO JIMENEZ,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The Movant, Richard J. Diaz, Esq., moves to withdraw as counsel for the Defendant, CARLOS MARIO JIMENEZ, ("Mr. Jimenez") and in support thereof states as follows:

1. Differences have arisen between Mr. Jimenez and undersigned counsel which, while professional and amicable in nature, make it impossible for undersigned counsel to continue his representation in this case.

2. Mr. Jimenez will still remain represented by attorney Donna Newman in this case.

3. Undersigned counsel's withdrawal would not unduly delay trial of this case or be unfairly prejudicial to any party or otherwise not be in the interest of justice.

4. Counsel for the United States, Glenn Alexander does not oppose the granting of this motion.

5. For the foregoing reason, undersigned counsel respectfully requests and order from this Court permitting his excusal from any further representation in this cause.

WHEREFORE, Richard J. Diaz, prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard Diaz

Richard J. Diaz
F.B.N. 0767697
3127 Ponce de León Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
E-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was electronically filed this 22nd day of October, 2008 and sent to AUSA, Glenn Alexander, and Donna Newman via CM/ECF.  I further certify that in accordance with Local Rule 44.5 a copy of the foregoing was served upon Carlos Mario Jimenez –Naranjo, Orange County Jail, 13021 James Madison Hwy, Orange, VA 22960-2807.

s/Richard J. Diaz

RICHARD J. DIAZ, ESQ.